Carl Stanley **AIKEN**, Petitioner—
Appellant,

v.

Colie **RUSHTON**, Warden of McCor-
mick Correctional Institution; Henry
McMaster, Respondents—Appellees.

No. 05–6042.

United States Court of Appeals,
Fourth Circuit.

Submitted: May 25, 2005.

Decided: June 3, 2005.

Carl Stanley Aiken, Appellant pro se.

Donald John Zelenka, Chief Deputy At-
torney General, Columbia, South Carolina,
for Appellees.

Before WILLIAMS, TRAXLER, and
SHEDD, Circuit Judges.

Dismissed by unpublished per curiam
opinion.

Unpublished opinions are not binding
precedent in this circuit. See Local Rule
36(c).

PER CURIAM:

Carl Stanley Aiken, a South Carolina
prisoner, seeks to appeal the district
court's order denying relief on his petition
filed under 28 U.S.C. § 2254 (2000). An
appeal may not be taken from the final
order in a habeas corpus proceeding unless
a circuit justice or judge issues a certifi-
cate of appealability. 28 U.S.C.
§ 2253(c)(1) (2000). A certificate of ap-
pealability will not issue absent "a substan-
tial showing of the denial of a constitution-
al right." 28 U.S.C. § 2253(c)(2) (2000).
A prisoner satisfies this standard by dem-
onstrating that reasonable jurists would
find that his constitutional claims are de-
batable and that any dispositive procedural
rulings by the district court are also debat-
able or wrong. *See Miller–El v. Cockrell,*
537 U.S. 322, 336, 123 S.Ct. 1029, 154
L.Ed.2d 931 (2003); *Slack v. McDaniel,*
529 U.S. 473, 484, 120 S.Ct. 1595, 146
L.Ed.2d 542 (2000); *Rose v. Lee,* 252 F.3d
676, 683 (4th Cir.2001). We have indepen-
dently reviewed the record and conclude
that Aiken has not made the requisite
showing. Accordingly, we deny a certifi-
cate of appealability and dismiss the ap-
peal. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials be-
fore the court and argument would not aid
the decisional process.

*DISMISSED*